# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fouratt, Gregory J. | 2. Court or Organization<br><br>U.S. District Court District of New Mexico | 3. Date of Report<br><br>04/19/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-Time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>100 N. Church St., Ste. 550<br>Las Cruces, NM 88001 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Cabinet Secretary | New Mexico Department of Public Safety (1/1/16-2/26/16) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fouratt, Gregory J. | 04/19/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/16-2/16 | Salary, State of New Mexico | $25,440.85 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fouratt, Gregory J. | 04/19/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fouratt, Gregory J. | 04/19/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Federal Savings Bank Accounts | A | Interest | L | T | | | | | |
| 2. AIG Common Stock | A | Dividend | J | T | | | | | |
| 3. TWTR Common Stock | | None | J | T | | | | | |
| 4. WFM Common Stock | A | Dividend | J | T | | | | | |
| 5. Vanguard Emerging Market Stock Index Fund | A | Dividend | J | T | Sold (part) | 06/24/16 | J | A | |
| 6. Vanguard Small Cap Index Fund | A | Dividend | K | T | Buy (add'l) | 06/24/16 | K | | |
| 7. Vanguard Total International Stock Index Fund | A | Dividend | | | Sold | 06/24/16 | K | A | |
| 8. Vanguard Health Care Fund (Inherited IRA) | A | Distribution | K | T | Redeemed (part) | 12/01/16 | J | A | |
| 9. Vanguard 500 Index Fund | A | Dividend | K | T | Buy (add'l) | 06/24/16 | J | | |
| 10. Vanguard Prime Money Market Fund | A | Int./Div. | J | T | Buy (add'l) | 12/01/16 | J | | |
| 11. USAA Universal Life Insurance Policy (cash value) | A | Interest | K | T | | | | | |
| 12. Personal Residence in Albuquerque, NM | | None | N | W | | | | | |
| 13. Two residential lots SW of Kingman, AZ | | None | J | W | | | | | |
| 14. US Eagle Federal Credit Union | A | Interest | J | T | | | | | |
| 15. New Mexico LifeCycle 2035 Fund (457(b) deferred comp) | A | Dividend | K | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fouratt, Gregory J. | 04/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I was appointed as a full-time U.S. Magistrate Judge on February 29, 2016. I resigned my position as Cabinet Secretary for the New Mexico Department of Public Safety on February 26, 2016, a job I had held since March 14, 2014. My W-2 for pay purposes for that job in 2016 was $25,440.85.

On the Investments and Trusts page, the pull-down menu did not include an option for "exchange" of one Vanguard Mutual Fund for another. The closest option was the one I selected, which was that I "sold" shares in one fund and, on the same day, used the proceeds to "buy" shares in another fund. On June 24, 2016, I "exchanged" shares in the Vanguard Total International Stock Fund for shares in the Vanguard Small-Cap Index Fund. And I exchanged shares in the Vanguard Emerging Markets Stock Fund for shares in the Vanguard 500 Stock Index Fund. There also was not an option in the pull-down menu for taking a required minimum distribution (RMD). So I chose to select the "redeem (part)" button to represent the RMD and then I selected the "buy" option for the additional shares in the Prime Money Market Fund that the RMD was entirely used to purchase.

| Name of Person Reporting | Date of Report |
|---|---|
| Fouratt, Gregory J. | 04/19/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory J. Fouratt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544